# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lawrence Morrison, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:10-CV-00384 (WWE) |
| Receivables Performance Management, L.L.C.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Receivables Performance Management, L.L.C. and DOES 1-10, inclusive, with prejudice and without costs to any party.

Respectfully submitted,

Dated: August __, 2010

By: _____

Sergei Lemberg, Esq. (425027)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
*Attorneys for Plaintiff*

Dated: August 12, 2010

By: _____

Joshua Aaron Yahwak, Esq. (ct25138).
Law Offices of Brian J. Farrell Jr.
555 Long Wharf Dr., 9th Floor
New Haven, CT 06511
Telephone: (203) 782-4107
*Attorneys for Defendant*

_____

SO ORDERED

2